UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM JACKSON, | 1:19-cv-18755 (NLH) (JS) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| COUNTY OF CUMBERLAND, et al., | |
| Defendants. | |

**APPEARANCES**:

Randy P. Catalano, Esq.
401 Kings Highway South
Suite 4A
Cherry Hill, NJ 08034

    Attorneys for Plaintiff

Daniel Edward Rybeck, Esq.
Weir & Partners LLP
20 Brace Road
Suite 200
Cherry Hill, NJ 08034

    Attorneys for Defendants

**HILLMAN, District Judge**

    WHEREAS, Defendants filed a motion to dismiss Plaintiff's complaint on May 21, 2020, see ECF No. 6; and

    WHEREAS, on June 1, 2020, Plaintiff requested an extension of 10 days and stating that "[i]n addition, pursuant to Standing Order 2020-12 (covid 19), all filing deadlines are extended until June 30, 2020," see ECF No. 8; and

WHEREAS, Chief Judge Freda Wolfson issued Standing Order 2020-12 on May 22, 2020, available at https://www.njd.uscourts.gov/sites/njd/files/SO2012.pdf.  The Order states in relevant part:  "[A]ll filing and discovery deadlines in civil matters that fell between March 25, 2020 and April 30, 2020 were extended by forty-five (45), and those that fell between May 1, 2020 and May 31, 2020 were extended by thirty (30) days . . . .  This Order affords no further extensions of filing and discovery deadlines," id. ¶ 6; and

WHEREAS, the motion to dismiss does not qualify for the automatic extension from previous Standing Orders because the opposition was due June 1, 2020; and

WHEREAS, in the interests of justice, the Court will set the motion to dismiss for the July 6, 2020 motion day. Plaintiff's opposition is due June 22, 2020,

THEREFORE, IT IS on this   4th    day of June, 2020

ORDERED that the motion to dismiss, ECF No. 6, is adjourned to the July 6, 2020 motion day; and it is further

ORDERED that Plaintiff's opposition is due June 22, 2020.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

2